IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRIS FRANKLIN,
ADC #800095                                                                               PLAINTIFF

v.                                    5:09CV00293HLJ

LARRY NORRIS, et al.                                                                DEFENDANTS

## ORDER

By Order dated March 2, 2010, this Court denied plaintiff's motion to amend his complaint. Therefore, plaintiff's February 18, 2010 motions for hearing and to grant his motion to amend his complaint (DE #20) are hereby DENIED without prejudice.

IT IS SO ORDERED this 4th day of March, 2010.

_____
United States Magistrate Judge