IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRIS FRANKLIN,
ADC #800095                                                                                    PLAINTIFF

v.                                          5:09CV00293JMM/HLJ

LARRY NORRIS, et al.                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunctive relief (DE #20) is hereby DENIED.

IT IS SO ORDERED this  11  day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE