IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRIS FRANKLIN                                                                           PLAINTIFF

V.                                         CASE NO. 5:09CV00293 JMM

LARRY NORRIS
DEPT. OF CORRECTIONS, ET AL.                                                DEFENDANTS

## ORDER

For the reasons stated in the Magistrate Judge's Order of March 2nd and 4th, 2010, and the Court's Order of March 11, 2010, plaintiff's Motion to Stay the Judgment is denied (#34).

IT IS SO ORDERED THIS  18   day of   March  , 2010.

_____
James M. Moody
United States District Judge