IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRIS FRANKLIN,
ADC #800095                                                                                          PLAINTIFF

v.                                      5:09CV00293JMM/JTK

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

Plaintiff's motion for disclosure (Doc. No. 50) appears to be a request for discovery, and should be re-docketed as such and removed as a pending motion.

IT IS SO ORDERED this 10th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE