**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRIS FRANKLIN,
ADC #800095                                                                                          PLAINTIFF

v.                                              5:09-cv-00293-JMM-JTK

LARRY NORRIS, et al.                                                                            DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motion for Summary Judgment (Doc. No. 63). As of this date, Plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion for Summary Judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 28th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE