IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRIS FRANKLIN,                                                                                     PLAINTIFF
ADC #800095

v.                                         5:09-cv-00293-JMM-JTK

LARRY NORRIS, et al.                                                                             DEFENDANTS

## ORDER

Plaintiff's Motion to Voluntarily Dismiss this lawsuit (Doc. No. 76) is GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this  6  day of   April , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE