IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRIS FRANKLIN,                                                                                    PLAINTIFF
ADC #800095

v.                                         5:09-CV-00293-JMM-JTK

LARRY NORRIS, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date,

IT IS CONSIDERED, ORDERED and ADJUDGED that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

IT IS SO ADJUDGED this   6   day of  April , 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE